**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6402**

———————————

MATTHEW EUGENE MCNEILL,

Plaintiff - Appellant,

versus

JEROME MORTON, Detective,

Defendant - Appellee.

———————————

**No. 96-6403**

———————————

MATTHEW EUGENE MCNEILL,

Plaintiff - Appellant,

versus

MICKEY BIGGS, Detective,

Defendant - Appellee.

———————————

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, District
Judge. (CA-96-18-5-CT-BR, CA-96-19-5-CT-BR)

———————————

Submitted:  July 23, 1996          Decided:  August 5, 1996

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Matthew Eugene McNeill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McNeill v. Morton, No. CA-96-18-5-CT-BR; McNeill v. Biggs, No. CA-96-19-5-CT-BR (E.D.N.C. Mar. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED